# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>HMS HOLDINGS CORP., ROBERT  )<br>BECKER, BILL LUCIA, CRAIG R.  )<br>CALLEN, KATHERINE BAICKER, ELLEN  )<br>A. RUDNICK, JEFFREY A. RIDEOUT,  )<br>BART M. SCHWARTZ, RICHARD H.  )<br>STOWE, and CORA M. TELLEZ,  )<br>  )<br>   Defendants.  ) | Case No. 1:21-cv-00198-MN |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 8, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*